# Court of Appeals
# of the State of Georgia

ATLANTA,  December 13, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0815.  IN THE INTEREST OF L. G. L. et al, CHILDREN (MOTHER).**

The juvenile court entered an order terminating the mother's parental rights to her three minor children, and it later denied her motion for an out-of-time appeal. The mother has appealed directly to this Court. Pursuant to OCGA § 5-6-35 (a) (12), however, appeals from orders terminating parental rights must be brought by filing an application for discretionary review. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). The mother's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/13/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*